ORIGINAL

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 21 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2009 DEC 23 PM 3:56
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WRITERS GUILD OF AMERICA WEST, INC. and ASYLUM FILMS, INC., f/s/o MATTHEW CHAPMAN, <br><br> Petitioners, <br><br> vs. <br><br> CAPITOL FILMS DEVELOPMENT, LLC, <br><br> Respondent. | CASE NO.: CV09-09443 AHM (MANx) <br><br> [~~PROPOSED~~] ORDER AND JUDGMENT CONFIRMING ARBITRATION AWARD AND AWARDING ATTORNEY'S FEES AND COSTS TO PETITIONER <br><br> DATE: 1/25/2010 <br> TIME: 10 AM <br> CTRM: 14 <br><br> HONORABLE Judge A. Howard Matz |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The regularly noticed Motion for Order Confirming the Arbitrator's Opinion and Award and for Entry of Judgment in Conformity Therewith of Petitioners

1 WRITERS GUILD OF AMERICA WEST, INC. ("WGAW") and ASYLUM FILMS,
2 INC., f/s/o MATTHEW CHAPMAN (collectively "Petitioners") was ~~taken under~~ considered
3 ~~submission~~ by the Honorable A. Howard Matz. The Court having considered the
4 pleadings and documents submitted by Petitioners hereby orders as follows:

### ORDER

6  Thus, the Motion for Order Confirming the Arbitrator's Opinion and Award
7 and for Entry of Judgment in Conformity therewith is hereby GRANTED as follows:

8  1. The Arbitrator's Opinion and Award ("Award") signed by Howard
9 Block, the sole neutral Arbitrator, on November 12, 2009, Is confirmed in all respects.

10  2. Respondent Capitol Films Development, LLC ("Respondent") is ordered
11 to pay Petitioners the unpaid compensation owed to the Writer pursuant to the bonus
12 provision in the writer's agreement in the amount of $250,000.00.

13  3. Respondent is ordered to pay interest on the unpaid compensation owed
14 Writer, which began to accrue on December 2, 2008, and continues to accrue at the
15 rate of 1.5% per month until compensation is paid in full. As of December 23, 2009,
16 interest had accrued on the unpaid amounts in the amount of $47,589.04.

17  4. Pursuant to the Award, the WGAW has paid the total sum due the
18 Arbitrator in the amount of $6,000.00. The WGAW is assigned the right to be
19 reimbursed by Respondent for its half share of the Arbitrator's fee. Thereby,
20 Respondent is ordered to pay the WGAW its share of the Arbitrator's fee in the
21 amount of $3,000.00.

1      5.     Respondent is ordered to pay immediately to the WGAW Attorney's

2  fees in the amount of $~~2,500.00~~ $2000.00 and costs in the amount of $350.00.

4  DATED: 1/21/2010          _____

5                                                  United States District Judge